UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR106-020 |
| ) | |
| TITO GRIFFITH, ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Southern District of Georgia hereby dismisses Case No. CR106-020 against the above-captioned defendant without prejudice. Dismissal is recommended because the Dismissal is recommended because the Summons in this case could not be served, the Defendant is no longer in the Fort Gordon, Georgia area, and the Defendant was driving someone else's vehicle when cited for driving with suspended registration and without insurance.

Respectfully submitted, this 28th day of April, 2009.

EDMUND A. BOOTH, JR.
UNITED STATES ATTORNEY

**s/Meghan O'Sullivan, Esq.**
Attorney Bar Number: NJ 03010-2005
Attorney for the Government
Office of the Staff Judge Advocate
419 B Street, Building 29718
Fort Gordon, GA 30905-5280
Telephone: (706) 791-1254
E-Mail: meghan.osullivan1@conus.army.mil

Leave of court is granted for the filing of the foregoing dismissal.

Dated: 5-4-09

W. LEON BARFIELD
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA